**ERIC A. SCHNEIDER (Bar No. 94574)**
  eas@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California 90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant CENTER BANK**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELODY FRENCH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTER BANK,<br><br>Defendant. | Case No. SACV11-60-AG (RNBx)<br><br>**ORDER DISMISSING CASE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)**<br><br>Trial Date:     None |

By way of Stipulation by and between the parties to this action, this case is hereby ordered dismissed in its entirety, as to all parties and causes of action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). The Court shall retain jurisdiction to enforce the settlement between the parties.

IT IS SO ORDERED.

Dated: May 06, 2011

_____
Hon. Andrew J. Guilford
Judge of the U.S. District Court

867225.1 2985.625

[PROPOSED] ORDER DISMISSING CASE PURSUANT TO FRCP, RULE 41(a)(1)